UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| PRINCELLA V. STEELS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-57 |
| | § | |
| UNKNOWN DEFENDANTS, | § | |
| | § | |
| Defendant. | § | |

## OPINION AND ORDER OF TRANSFER

This is a civil rights action filed by a Texas state prisoner. Plaintiff Princella V. Steels (#1926484) is currently incarcerated at the Hobby Unit in Marlin, Texas. (D.E. 1, Page 5). In her complaint, Plaintiff challenges conditions relating to her confinement. (D.E. 1). Specifically, Plaintiff alleges her property is being illegally destroyed and she is not being issued dentures, among other less clear allegations. (D.E. 1). The undersigned notes Plaintiff is not eligible to proceed as a pauper unless she shows an imminent danger of serious physical harm because she falls within the three strikes provision of 28 U.S.C. 1915(g).

A civil action wherein jurisdiction is not founded solely on diversity of citizenship may be brought in (1) a judicial district where any defendant resides, if all defendants reside in the same state, or (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). In addition, for the

convenience of parties and witnesses, and in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. § 1404(a).

In this case, the events about which Plaintiff complains occurred in Falls County, Texas. (D.E. 1). None of the Defendants reside or are found in the Corpus Christi Division of the Southern District of Texas. Falls County lies within the Waco Division of the Western District of Texas. 28 U.S.C. § 124(d)(2). Therefore, the interests of justice would be served by a transfer to the Waco Division of the Western District of Texas. Accordingly, it is **ORDERED** that this case be **TRANSFERRED** to the United States District Court for the Western District of Texas, Waco Division. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

ORDERED this 15th day of February, 2019.

                                          *Jason Libby*
                                          Jason B. Libby
                                  United States Magistrate Judge